Benjamin McMichael and Rebecca McMichael, Appellants, v. Jacobs Clothing Company, Phillip Barasch, Trading as International Adjustment Company, Appellees.

Gen. No. 45,566.

Thaddeus B. Brown, for appellants; no appearance for appellees. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 30, 1952; released for publication April 2, 1952.